UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                                                                  Case No. 8:14-cr-62-MSS-AEP

STEPHANIE DASINGER

_____/

**O R D E R**

An earlier order granted in part and denied in part Dasinger's motion to vacate, set aside, or correct her sentence under 28 U.S.C. § 2255, directed the Clerk to vacate the judgment in this action, and determined that Dasinger is entitled to release. *Dasinger v. United States*, No. 8:17-cv-1874-MSS-AEP (M.D. Fla.), ECF No. 25.

The United States moves for leave to dismiss the indictment without prejudice. (Doc. 147) Fed. R. Crim. P. 48(a) ("The government may, with leave of court, dismiss an indictment, information, or complaint."). Accordingly, the Court **GRANTS** the United States' motion (Doc. 147) and **DISMISSES** the indictment without prejudice. *United States v. B.G.G.*, 53 F.4th 1353, 1361 (11th Cir. 2022).[1]

The Clerk is **DIRECTED** to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on October 30, 2023.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

---

[1] No later than **10 DAYS** after Dasinger's release, counsel for Dasinger must notify the Court that she is released.